## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERTA E. SONNINO, M.D. ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> UNIVERSITY OF KANSAS HOSPITAL ) <br> AUTHORITY, UNIVERSITY OF KANSAS, ) <br> KANSAS UNIVERSITY SURGERY ) <br> ASSOCIATION, H. WILLIAM BARKMAN, M.D.,) <br> LAURENCE Y. CHEUNG, M.D., IRENE M. ) <br> CUMMING, ROBERT PAGE-ADAMS, KURT ) <br> P. SCHROPP, M.D., ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. 02-2576-KHV |

**NOTICE OF SERVICE OF DEFENDANT**
**UNIVERSITY OF KANSAS' INITIAL DISCLOSURES**

Defendant University of Kansas hereby notifies the Court that on March 17, 2003, pursuant to Fed.R.Civ.P. 26(a)(1), it served its initial disclosures on all counsel of record.

_____
John C. McFadden
Special Assistant Attorney General
University of Kansas Medical Center
3901 Rainbow Boulevard
Kansas City, Kansas 66160
(913) 588-7281
FAX (913) 588-1412

**ATTORNEY FOR DEFENDANT**
**UNIVERSITY OF KANSAS**

## CERTIFICATE OF SERVICE

I certify that on the 1st day of April, 2003, a copy of the above Defendant University of Kansas' Notice of Service of Initial Disclosures was mailed, postage prepaid, to:

Mr. Dennis E. Egan
323 W. 8th Street, Suite 200
Kansas City, Missouri 64105-1679

Ms. Lynne Bernabei
1773 T Street, N.W.
Washington, D.C. 20009-7139

**ATTORNEYS FOR PLAINTIFF**

Ms. Patricia Sexton
Mr. Doug Laird
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, Missouri 64112-1802

**ATTORNEYS FOR DEFENDANTS UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, KANSAS UNIVERSITY SURGERY ASSOCIATION, H. WILLIAM BARKMAN, M.D., LAURENCE Y. CHEUNG, M.D., IRENE M. CUMMING, ROBERT PAGE-ADAMS, AND KURT P. SCHROPP, M.D.**

_____
John C. McFadden