# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Plaintiff(s)

Case No.

Defendant(s)

# ORDER TO STRIKE

The Clerk's Office has requested that document number         be stricken from the record for the following reason(s):

    Document filed in wrong case.

    Incomplete/incorrect .pdf document attached.

    No .pdf document attached.

    Incorrect event used.

    Other:

Counsel of record is instructed to:    Refile the document
    Take no action

IT IS THEREFORE ORDERED that the Clerk's Office shall strike the document from the record.

DATED this       day of            , 2003