## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERTA E. SONNINO, M.D. )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>UNIVERSITY OF KANSAS HOSPITAL )<br>AUTHORITY, UNIVERSITY OF KANSAS, )<br>KANSAS UNIVERSITY SURGERY )<br>ASSOCIATION, H. WILLIAM BARKMAN, M.D.,)<br>LAURENCE Y. CHEUNG, M.D., IRENE M. )<br>CUMMING, ROBERT PAGE-ADAMS, KURT )<br>P. SCHROPP, M.D., )<br> )<br>  Defendants. )<br>_____ ) | Case No. 02-2576-KHV |

## NOTICE OF SERVICE OF DEFENDANT
## UNIVERSITY OF KANSAS' INITIAL DISCLOSURES

Defendant University of Kansas hereby notifies the Court that on March 17, 2003, pursuant to Fed.R.Civ.P. 26(a)(1), it served its initial disclosures on all counsel of record.

                **s/ John C. McFadden**
                _____
                John C. McFadden
                Special Assistant Attorney General
                University of Kansas Medical Center
                3901 Rainbow Boulevard
                Kansas City, Kansas 66160
                (913) 588-7281
                FAX (913) 588-1412

                **ATTORNEY FOR DEFENDANT**
                **UNIVERSITY OF KANSAS**

## CERTIFICATE OF SERVICE

  I certify that on the 1st day of April, 2003, a copy of the above Defendant University of Kansas' Notice of Service of Initial Disclosures was mailed, postage prepaid, to:

Mr. Dennis E. Egan
323 W. 8th Street, Suite 200
Kansas City, Missouri 64105-1679

Ms. Lynne Bernabei
1773 T Street, N.W.
Washington, D.C. 20009-7139

**ATTORNEYS FOR PLAINTIFF**

Ms. Patricia Sexton
Mr. Doug Laird
Polsinelli, Shalton & Welte
700 West 47th Street
Suite 1000
Kansas City, Missouri 64112-1802

**ATTORNEYS FOR DEFENDANTS UNIVERSITY OF KANSAS HOSPITAL AUTHORITY, KANSAS UNIVERSITY SURGERY ASSOCIATION, H. WILLIAM BARKMAN, M.D., LAURENCE Y. CHEUNG, M.D., IRENE M. CUMMING, ROBERT PAGE-ADAMS, AND KURT P. SCHROPP, M.D.**

            s/ John C. McFadden
            _____
            John C. McFadden